IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MYRTIS PAULO HART,

    Plaintiff,

v.                                         No. CV 21-08 KG/CG

UNITED STATES OF AMERICA, et al.,

    Defendants.

## ORDER TO CURE DEFICIENCY

This matter is before the Court on Plaintiff's *Motion to Proceed In Forma Pauperis* (the "Motion"), (Doc. 2), filed January 5, 2021. The Court cannot rule on the Motion because it does not include any financial information. Plaintiff shall submit an inmate account statement reflecting transactions between July 5, 2020 and January 5, 2021, as required by 28 U.S.C. § 1915(b), by no later than February 8, 2021. All filings should include the case number (No. CV 21-08 KG/CG). The failure to timely comply with this Order will result in dismissal of this action without prejudice.

**IT IS ORDERED** that by no later than **February 8, 2021**, Plaintiff shall file a certified inmate account statement reflecting transactions between July 5, 2020 and January 5, 2021.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE