## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MYRTIS PAULO HART,

    Plaintiff,

v.                                                   No. CV 21-08 KG/CG

UNITED STATES OF AMERICA, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* in connection with Plaintiff Myrtis Paulo Hart's *pro se* civil tort claims. The docket reflects a recent mailing to Plaintiff was returned as undeliverable. (Doc. 22). It appears Plaintiff severed contact without advising the Court of his new address as required by D.N.M. LR-Civ. 83.6. Plaintiff must notify the Clerk of his new address by **May 24, 2021**. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure . . . . The same is true of simple, nonburdensome local rules[.]") (citations omitted). Failure to timely comply will result in dismissal of this action without prejudice and without further notice.

    **IT IS THEREFORE ORDERED** that Plaintiff shall notify the Clerk's Office in writing of his new address by no later than **May 24, 2021**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE