IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MYRTIS PAULO HART,

    Plaintiff,

v.                                                                                 Civ. No. 21-0008 KG-CG

DEPARTMENT OF
HOMELAND SECURITY, *et al*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Amended Civil Complaint (Doc. 18) is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE